C. Adell Kayner, Appellant, v. Elmer L. Brown, as Superintendent of

Highways in and for the Town of Newfane, County of Niagara, State of New York, and Others, Respondents.— Judgment affirmed, with costs. All concurred.